## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

BRADLEY NYBO,

     Petitioner,

                                     Case No.   19-cv-730-wmc

  v.

REED RICHARDSON, Warden,
Stanley Correctional Institution,

     Respondent.

---

### JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing this case with prejudice.


| /s/ | May 3, 2022 |
|---|---|
| Joel Turner, Clerk of Court | Date |